UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>   Petitioner,<br><br> vs.<br><br>DRYWALL DYNAMICS, INC.,<br><br>   Respondent. | CASE NO. 2:13-CV-08155-JAK-SP<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>JS-6 |

  Based on the Stipulated Motion of both parties for an order dismissing this case without prejudice, and for good cause shown:

  IT IS HEREBY ORDERED that this case be dismissed and the Court's file be closed.

DATED: February 18, 2014

                     _____
                     Honorable John A. Kronstadt
                     U.S. District Court Judge